1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KHALID KHAN,                          No.  2:13-cv-2596 KJM CKD PS

12              Plaintiff,

13         v.                             ORDER TO SHOW CAUSE

14  U. S. BANK NATIONAL
    ASSOCIATION, et al.,
15
                Defendants.
16

17

18         Plaintiff is proceeding in this action pro se.  In the complaint, plaintiff complains about an

19  allegedly wrongful foreclosure.  Plaintiff alleges only state law claims.  The complaint does not

20  allege a basis for subject matter jurisdiction in this court.  The federal courts are courts of limited

21  jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in

22  this venue.  Because there is no basis for federal subject matter jurisdiction evident in the

23  complaint, plaintiff will be ordered to show cause why this action should not be dismissed.

24  Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that

25  the action be dismissed.

26  /////

27  /////

28  /////

                                          1

1       Accordingly, IT IS HEREBY ORDERED that no later than December 31, 2013, plaintiff

2  shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

3  Dated:  December 19, 2013

4

                                        CAROLYN K. DELANEY
5                                        UNITED STATES MAGISTRATE JUDGE

6  4 khan-usbank2596.osc.nosmj

2