1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KHALID KHAN,                                    No.  2:13-cv-2596 KJM CKD PS

12                    Plaintiff,

13          v.                                       ORDER

14   U.S. BANK NATIONAL ASSOCIATION,
     et al.,
15
                     Defendants.
16

17

18          Plaintiff, proceeding pro se, has filed a motion for court approval of a lis pendens for the

19   property which is the subject of the instant action.  Under California Code of Civil Procedure

20   section 405.21, court approval is a prerequisite to recording of a lis pendens signed by a person

21   acting in propria persona.

22          This court has previously found that subject matter jurisdiction is lacking and has

23   recommended that the action be dismissed.  ECF No. 7.  Since plaintiff's claims cannot be

24   adjudicated in this court, defendants would be entitled to expungement of the notice of any lis

25   pendens.  See Cal. Code Civ. Proc. § 405.32.  Under these circumstances, the court does not find

26   a lis pendens is warranted.

27   /////

28   /////

                                                     1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for court approval of lis

2  pendens (ECF No. 12) is denied.

3  Dated:  March 19, 2014

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

6

7  4 khan.lispend

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2