UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALID KHAN,

           Plaintiff,

    v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

           Defendants.

No.  2:13-cv-2596 KJM CKD PS

ORDER

On March 25, 2015, findings and recommendations were filed recommending dismissal for plaintiff's lack of standing.  Upon review of the docket, and good cause appearing, IT IS HEREBY ORDERED that this action is stayed pending the District Court's resolution of the pending findings and recommendations.

Dated:  April 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 khan2596.stay