UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID KHAN, | No. 2:13-cv-2596 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On March 25, 2015, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections. Since the filing of those findings and recommendations, plaintiff filed a third amended complaint on April 13, 2015. On April 22, 2015, the magistrate judge ordered proceedings before her stayed pending the district court's resolution of the findings and recommendations. Defendants filed a notice of compliance with the stay on April 30, 2015, stating that they would not respond to the third amended complaint until the stay is lifted.

/////

/////

1

1  In accordance with the provisions of 28 U.S.C. 636(b)(1)(C) and Local Rule 304, this
2  court has conducted a de novo review of the case.  Having reviewed the file, the court finds the
3  findings and recommendations to be supported by the record and by the proper analysis.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1.  The findings and recommendations filed March 25, 2015 are adopted in full; and
6  2.  The matter is referred back to the magistrate judge for further proceedings in light of
7  plaintiff's third amended complaint.
8  DATED: August 17, 2015.

_____
UNITED STATES DISTRICT JUDGE