UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID N. KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-2596 KJM CKD PS<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

This matter has been referred to the undersigned for further proceedings in light of plaintiff's third amended complaint. Upon review of the docket, THE COURT FINDS AS FOLLOWS:

The District Court adopted the recommendation that the action be dismissed for plaintiff's lack of standing. The third amended complaint alleges no claims that are not barred by plaintiff's lack of standing. Accordingly, for the reasons set forth in the prior findings and recommendations filed March 25, 2015 (ECF No. 31), the court will recommend that the third amended complaint be dismissed for plaintiff's lack of standing.

Accordingly, IT IS HEREBY ORDERED THAT this action is stayed pending resolution by the District Judge of these findings and recommendations; and

/////

IT IS HEREBY RECOMMENDED that:

1. The third amended complaint be dismissed; and

2. This action be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 khan2596.ubfr.bk